| STATE OF INDIANA | IN THE VIGO SUPERIOR COURT |
|---|---|
| COUNTY OF VIGO SS: | CAUSE NO: 84D02-2305-CT-003157 |

Vigo Superior Court 2

**Enzley Mitchell IV**,

    Plaintiff,

v.

**SAINT MARY-OF-THE-WOODS COLLEGE**,

    Defendant.

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

    Mr. Mitchell is suing SAINT MARY-OF-THE-WOODS COLLEGE (SMWC) for retaliation in violation of TITLE VII and TITLE IX, and for race discrimination in violation of TITLE VII and SECTION 1981. This lawsuit is filed in Vigo County because SMWC resides in the County. Mr. Mitchell seeks all available relief and respectfully requests a trial by jury.

Respectfully submitted,

/s/ *Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F   |   (317) 824-9747
Email   |   bellis@hkm.com

# 1. JURISDICTION & VENUE

1. This Court has original jurisdiction, under Ind. Code § 33-29-1.5-2(1) of Mr. Mitchell's claims for violations of TITLE VII, TITLE IX, and SECTION 1981, because "[a]ll superior courts have [ ] original and concurrent jurisdiction in all civil cases. . . .".

2. This Court is a proper venue for this lawsuit, under Ind. T.R. 75(A)(1), because SMWC resides in the County.

# 2. PARTIES

## 2.1. Plaintiff

3. Plaintiff Enzley Mitchell IV resides in Marion County, Indiana.

## 2.2. Defendant

4. Defendant SAINT MARY-OF-THE-WOODS COLLEGE is an Indiana nonprofit corporation (Business ID No. 192651-016), with its principal office located in Vigo County, Indiana.

# 3. STATEMENT OF FACTS

5. Mr. Mitchell was employed as the Men's Head Basketball Coach and Assistant Professor of Sport Management with SMWC from June 2020 through February 22, 2022, when his coaching appointment was terminated.

6. During his employment with SMWC, Mr. Mitchell met the legitimate performance expectations of the college.

7. No performance issues were raised until after Mr. Mitchell complained of sex discrimination.

8. In mid-October 2021, Mr. Mitchell had a pair of conversations with Dee Reed (Director of Diversity and Inclusion) and Terry Bowe (HR Director) about various inequities he observed between the men's basketball team and some women's teams – usually the women's basketball team.

9. By way of example, these issues included facility scheduling in prime times, hiring of an assistant coach, and changes to practice times to accommodate women's teams.

10. During Mr. Mitchell's October 14 call with Bowe, he agreed not to raise these concerns with the OFFICE FOR CIVIL RIGHTS based on Bowe's request to attempt to work things out internally first.

11. In return, Bowe agreed – at Mr. Mitchell's request – not to discuss their call with anyone else.

12. Less than a week later, on October 18, 2021, Bowe called Mr. Mitchell and notified him that Bowe had notified SMWC's senior administration, its insurance carrier, and its board of trustees, of the issues raised by Mr. Mitchell.

13. Bowe then asked that Mr. Mitchell meet with him and Brennan Randolph (VP of Enrollment Management) to discuss Mr. Mitchell's concerns.

14. Despite Mr. Mitchell's concerns about meeting with Randolph – including the possibility of retaliation – he agreed to do so.

15. Bowe, Randolph, and Mr. Mitchell met on October 25, 2021, wherein Bowe and Randolph quickly dismissed Mr. Mitchell's concerns of sex discrimination as a lack of communication or an unreasonable complaint.

16. Then the conversation turned to the wholly collateral issue of Mr. Mitchell listing Sean Woodson as a Video and Analytics Coordinator on his team's website.

17. Although Woodson was only working on a volunteer basis, Brennan accused Mr. Mitchell of hiring him outside normal protocols.

18. Brennan also said he no longer felt as good about hiring Mr. Mitchell as he had in June 2020, and he said he was extremely concerned about Mr. Mitchell's ability to be a team player in the department and to work with the women's basketball coach and team.

19. Brennan further said something to the effect of "I'll see how this goes and hope I'm wrong about what I'm thinking. I'm very disappointed that you didn't meet with Ron regarding your concerns and I'm more disappointed that you put the college at risk by hiring Sean Woodson, having him work for the college, and listing him on the website.

20. Then on November 9, 2021, after Bill Woodson (Assistant Coach) walked off the job – apparently abandoning it – Mr. Mitchell reached out to Bowe about the termination process.

21. Bowe responded that Woodson had a Letter of Appointment and refused to address the termination inquiry.

22. Roughly a week later, on November 18, 2021, Ron Prettyman (Athletic Director) emailed Mr. Mitchell to set up a meeting about Woodson's resignation letter (which was never provided to Mr. Mitchell).

23. During that meeting, on December 1, 2022, Mr. Mitchell was issued a first and final warning for not following HR policy in the termination of Woodson's employment.

24. When Mr. Mitchell objected on the grounds that he had not terminated (or otherwise disciplined) Woodson, but only inquired about the termination process, Mr. Mitchell was told that Woodson claimed otherwise.

25. When Mr. Mitchell raised his concern that the discipline was instead related to his concerns about sex discrimination, Prettyman responded with comments to the effect of "I do keep hearing OCR brought up. I didn't think this was connected."

26. Mr. Mitchell complained about this retaliation, through his attorney, to the College on December 21, 2022, and specifically expressed concerns that his November discipline was a prelude to additional retaliation, such as a nonrenewal of his coaching appointment.

27. When the College failed to address Mr. Mitchell's concerns, he personally followed up with a second letter on February 21, 2022.

5

28. The College terminated Mr. Mitchell's coaching appointment on February 22, 2022, less than 24 hours after he sent his letter.

29. Mr. Mitchell was never notified of any alleged performance deficiencies after my December 1, 2022, discipline, nor given an opportunity to respond to or address them.

30. Mr. Mitchell grieved the termination of his coaching appointment with SMWC on March 1, 2022.

31. On March 15, 2022, President Dottie L. King notified Mr. Mitchell that she had affirmed the termination of his coaching appointment.

## 4. STATEMENT OF CLAIMS

### 4.1. Retaliation in violation of Title IX

32. Mr. Mitchell complained to SMWC of sex discrimination and retaliation.

33. SMWC first placed Mr. Mitchell on a final written warning, then terminated his coaching appointment.

34. SMWC would not have taken these actions against Mr. Mitchell if he had not complained of sex discrimination and retaliation, but everything else had been the same.

35. Mr. Mitchell was injured by SMWC's retaliation.

### 4.2. Retaliation in violation of Title VII

36. Mr. Mitchell complained to SMWC of sex discrimination and retaliation.

37. SMWC first placed Mr. Mitchell on a final written warning, then terminated his coaching appointment.

38. SMWC would not have taken these actions against Mr. Mitchell if he had not complained of sex discrimination and retaliation, but everything else had been the same.

39. Mr. Mitchell was injured by SMWC's retaliation.

### 4.3. Alternative Claim: Race discrimination in violation of Title VII

40. Mr. Mitchell is Black.

41. SMWC first placed Mr. Mitchell on a final written warning, then terminated his coaching appointment.

42. SMWC would not have terminated Mr. Mitchell's employment if he were not Black, but everything else had been the same.

### 4.4. Alternative Claim: Race discrimination in violation of Section 1981

43. Mr. Mitchell is Black.

44. SMWC first placed Mr. Mitchell on a final written warning, then terminated his coaching appointment.

45. SMWC would not have terminated Mr. Mitchell's employment if he were not Black, but everything else had been the same.

## 5. PRAYER FOR RELIEF

Mr. Mitchell respectfully requests that judgment be entered in his favor, and against SMWC, on all claims, for its violations of TITLE IX, TITLE VII, and SECTION 1981. He requests all available relief on his claims, including the following:

    a.    Back pay and reinstatement (or front pay);

    b.    Compensatory and punitive damages;

    c.    Attorney fees and costs; and

    d.    Prejudgment and post-judgment interest.

## 6. JURY DEMAND

As required by Ind. T.R. 38(B), Mr. Mitchell respectfully requests a trial by jury on all issues so triable.

| STATE OF INDIANA | IN THE VIGO SUPERIOR COURT |
|---|---|
| COUNTY OF VIGO | SS: CAUSE NO: 84D02-2305-CT-003157 |

**Enzley Mitchell IV**,

    Plaintiff,

v.

**SAINT MARY-OF-THE-WOODS COLLEGE**,

    Defendant.

Vigo Superior Court 2

# E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:
   Initiating ☒    Responding ☐    Intervening ☐ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Enzley Mitchell IV
   6627 Colville Cir.
   Indianapolis, IN 46236

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Benjamin C. Ellis (Atty. No. 28544-49)
   HKM EMPLOYMENT ATTORNEYS
   320 N. Meridian St., Ste 615
   Indianapolis, IN 46204
   Phone / Fax | (317) 824-9747
   Email | bellis@hkm.com

      **IMPORTANT**:  Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorney' contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ☐ No ☒

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ☐ No ☒  The party shall use the following address for purposes of legal service:

☒  Attorney's address

☐  The Attorney General Confidentiality program address
(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

☐  Another address (provide)
_____

This case involves a petition for involuntary commitment.  Yes ☐ No ☒

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____

        (ii) Driver's License Number _____

            State where issued _____ Expiration date _____

        (iii) State ID number _____

            State where issued _____ Expiration date _____

        (iv) FBI number _____

        (v) Indiana Department of Corrections Number _____

    (vi) Social Security Number is available and is being provided in an attached confidential document Yes ☐ No ☐

7. There are related cases: Yes ☐ No ☒

8. Additional information required by local rule: _____

9. There are other party members: Yes ☐ No ☒

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes ☐ No ☒

/s/ Benjamin C. Ellis_____<br>
Benjamin C. Ellis

HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste 615
Indianapolis, IN 46204
P / F   |   (317) 824-9747
Email   |   bellis@hkm.com

# SUMMONS

| STATE OF INDIANA | SS: | IN THE VIGO SUPERIOR COURT | Vigo Superior Court 2 |
|---|---|---|---|
| COUNTY OF VIGO | | CAUSE NO: | 84D02-2305-CT-003157 |

**Enzley Mitchell IV**,

    Plaintiff,

v.

**SAINT MARY-OF-THE-WOODS COLLEGE**,

    Defendant.

To Defendant:    SAINT MARY-OF-THE-WOODS COLLEGE
c/o Caren L. Pollack
POLLACK LAW FIRM, P.C.
10333 N. Meridian St., Ste. 111
Carmel, IN 46290

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other response in writing to the complaint must be filed by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 5/23/2023

_/s/ Bradley A. Newman_ (Seal)
Clerk, Vigo Superior Court

ksh

**(The following manner of service is hereby designated.)**

☒ Registered or certified mail.
☐ Service at place of employment, to wit _____.
☐ Service on individual (personal or copy) at above address.
☐ Service on agent: _____.
☐ Other service: _____.

| Benjamin C. Ellis | Marion Superior Court |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | 33 S. 3rd St. |
| 320 N. Meridian St., Ste. 615 | Terre Haute, IN 47807 |
| Indianapolis, IN 46204 | (812) 462-3211 |
| P/F   &#124;   (317) 824-9747 | |
| Email   &#124;   bellis@hkm.com | |

*Counsel for Plaintiff*

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20___

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual abode of _____ and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____
_____

_____  _____
Sheriff's Costs                           Sheriff

                                          By: _____
                                              Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                          _____
                                          Clerk, Vigo Superior Court

                                          By: _____
                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20___.

                                          _____
                                          Clerk, Vigo Superior Court

                                          By: _____
                                              Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE VIGO SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF VIGO | ) | CAUSE NO. 84D02-2305-CT-003157 |

ENZLEY MITCHELL IV,           )
                              )
       Plaintiff          )
                              )
  v.                          )
                              )
ST. MARY-OF-THE-WOODS COLLEGE, )
                              )
       Defendant          )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** ____ Initiating     __X__ Responding     ____ Intervening

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): St. Mary-of-the-Woods College

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   | | | | |
   |---|---|---|---|
   | Name: | Caren L. Pollack | Atty. No. | 11897-49 |
   | Address: | POLLACK LAW FIRM, P.C. | Phone: | 317-660-4880 |
   | | 10333 N. Meridian Street, Ste. 111 | Fax: | 317-660-4888 |
   | | Carmel, IN  46290 | Email Address: | |
   | | | cpollack@pollacklawpc.com | |

3. There are other party members: ___ Yes  _X_ No *(If yes, list on continuation page.)*

4. *If first initiating party filing this case,* the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _N/A_ .

5. I will accept service by FAX at the above noted number: _X_ Yes ___ No

6. This case involves support issues: ___ Yes _X_ No *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: ___ Yes _X_ No *(If yes, list on continuation page.)*

8. This form has been served on all other parties. Certificate of service is attached: _X_ Yes  ___ No

9.     Additional information required by local rule:  N/A

Date:  May 30, 2023             /s/ Caren L. Pollack
                                Caren L. Pollack (# 11897-49)
                                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically on May 30, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Benjamin C. Ellis, #28544-49
HKM EMPLOYMENT ATTORNEYS
320 N. Meridian Street, Suite 615
Indianapolis, Indiana 46204
Phone/FAX:  317-824-9747
bellis@hkm.com
*Attorney for Plaintiff*

                                /s/ Caren L. Pollack
                                Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE VIGO SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF VIGO | ) | CAUSE NO. 84D02-2305-CT-003157 |

| | |
|---|---|
| ENZLEY MITCHELL IV, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| ST. MARY-OF-THE-WOODS COLLEGE, | ) |
| | ) |
| Defendant | ) |

## NOTICE OF REMOVAL

Comes now the Defendant, by counsel, and hereby provides notice of the removal of this cause from the Virgo County Superior Court to the United States District Court for the Southern District of Indiana, Terre Haute Division, pursuant to 28 U.S.C. §§ 1441 and 1446. Pursuant to 28 U.S.C. § 1446(d), the Vigo County Superior Court is deprived of jurisdiction and shall undertake no further proceedings with respect to this cause.

Respectfully submitted,

POLLACK LAW FIRM, P.C.

/s/ Caren L. Pollack
Caren L. Pollack (# 11897-49)
*Attorney for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically on May 30, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Benjamin C. Ellis, #28544-49
HKM EMPLOYMENT ATTORNEYS
320 N. Meridian Street, Suite 615
Indianapolis, Indiana 46204
Phone/FAX: 317-824-9747
bellis@hkm.com
*Attorney for Plaintiff*

                                      /s/ Caren L. Pollack_____
                                      Caren L. Pollack

POLLACK LAW FIRM, P.C.
10333 N. Meridian Street, Suite 111
Carmel, Indiana  46290
Ph: (317) 660-4880
Fx: (317) 660-4888