UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ENZLEY MITCHELL IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00258-JPH-MG |
| | ) | |
| ST. MARY-OF-THE-WOODS COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Counsel are advised that Section IX, Paragraph 2 of the Case Management Plan, requesting permission to file oversized briefs without further leave of court and to file documents using 1.75" margins, was inadvertently granted by the Court. A similar matter was discussed in another lawsuit, *Jaromin v. Town of YorkTown et al*, where Judge Dinsmore found the excessive margins requested by counsel, "does nothing to enhance the clarity of the document." [*See* Case No. 1:22-cv-320-JMS-MJD, at Dkt. 138.] Accordingly, the Court *sua sponte* strikes Section IX, Paragraph 2 of the operative Case Management Plan. The Parties are to comply with the formatting of documents as prescribed by Local Rule 5-1 for future filings.

Date: 12/26/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record