UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ENZLEY MITCHELL IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00258-JPH-MG |
| | ) | |
| ST. MARY-OF-THE-WOODS COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR JANUARY 11, 2024
STATUS CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference. Plaintiff to issue an updated demand to defendant by **January 25, 2024.**  Defendant to respond by **February 8, 2024**, with copies of both sent to MJGarcia@insd.uscourts.gov.

This matter is scheduled for a telephonic status conference on **Wednesday, March 27, 2024 at 2:30 p.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/17/2024

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**